UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JEFF LAWMAN, on his own behalf
and others similarly situated,

               Plaintiff,

vs.                                    Case No. 8:08-CV-1360-T-27EAJ

HFH, INC., a Florida corporation,

               Defendant.
_____/

## ORDER

**BEFORE THE COURT** is the parties' Joint Notice of Filing and Joint Motion for Approval of Settlement Agreement as Stipulated Final Judgment (Dkt. 36), in which the parties ask that this action for unpaid overtime compensation, brought pursuant to the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq.*, (FLSA) be dismissed with prejudice in light of the parties' agreed settlement. The Court has reviewed the parties' "Settlement Agreement and Full and Final Mutual Release of All Claims" (Dkt. 36-2). The Court finds that a bona fide dispute existed between the parties under the FLSA that has been amicably settled. The terms of the settlement are fair, just, and in accordance with the FLSA and are approved. *See Lynn's Food Stores, Inc. v. United States,* 679 F.2d 1350, 1352-53 (11th Cir.1982). Accordingly, it is **ORDERED** and **ADJUDGED** that the parties' Joint Motion for Approval of Settlement Agreement as Stipulated Final Judgment (Dkt. 36) is **GRANTED**. This case is **DISMISSED WITH PREJUDICE**, and the Clerk is directed to **CLOSE** the case.

**DONE AND ORDERED** in chambers this 15th day of June, 2009.

                                                  JAMES D. WHITTEMORE
                                                  United States District Judge

Copies to:
Counsel of Record